UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                    Case No: 1:11-cr-263

v.                                           HON. JANET T. NEFF

LI JIAO SHAO,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed February 22, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. On February 29, 2012, Defendant Shao filed a Waiver of 14 Day Rule (Dkt 17) waiving the fourteen day objection period for the Report and Recommendation. On March 2, 2012, the Government filed its Waiver of 14 Day Period (Dkt 18). No objection to the Report and Recommendation has been made.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 16) is APPROVED and ADOPTED as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Counts Two, Three and Four of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.

Dated: March 2, 2012                /s/Janet T. Neff
                                      JANET T. NEFF
                                      UNITED STATES DISTRICT JUDGE